THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of Dustin D., A minor under
 the age of seventeen, Appellant.
 
 
 

Appeal From Lexington County
Leslie K. Riddle, Family Court Judge
Unpublished Opinion No. 2009-UP-546
Submitted November 2, 2009  Filed
 November 20, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Larry L. Vanderbilt, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Dustin D. appeals his probation revocation and
 resulting commitment to the Department of Juvenile Justice for an indeterminate
 period of time not to exceed his twenty-first birthday.  Dustin D. argues the
 probation revocation hearing was so summary that the record is insufficient for
 review.    After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
SHORT,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.